

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-19-2011

# Mario Rendon Velez v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-2515

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Mario Rendon Velez v. Atty Gen USA" (2011). *2011 Decisions.* Paper 856.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/856

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **10-2515**


Mario RendonVelez v. Attorney General USA


ORDER VACATING OPINION AND JUDGMENT


It appearing that the opinion and judgment in the above-captioned matter was processed prematurely, the opinion and judgment entered on July 18, 2011 is hereby vacated.


For the Court,
/s/ Marcia M. Waldron
Clerk

Dated: July 19, 2011